**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Arturo Gutierrez Torrientes,[1]

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-01964-JAD-NJK

**Order Granting Habeas Petition, Directing Petitioner's Release, and Denying Motion for Temporary Restraining Order as Moot**

[ECF Nos. 8, 15]

Petitioner Arturo Gutierrez Torrientes is a Cuban national who entered the United States in 2006. He was taken into immigration custody in June 2026 and placed into removal proceedings.[2] On August 3, 2026, the immigration judge granted Gutierrez's motion to dismiss his removal proceedings, but he has remained in immigration custody even in the absence of active removal proceedings. So on August 5th, Gutierrez filed a motion for a temporary restraining order (TRO) seeking his immediate release.[3]

On August 19, 2026, the government filed a notice of withdrawal of its response to Gutierrez's operative petition and a notice of non-opposition to his TRO motion.[4] The government does not oppose habeas relief based on the Ninth Circuit's recent decision in *Rodriguez-Vazquez v. Bostock*,[5] and it does not oppose the TRO motion because Gutierrez's removal proceedings have been dismissed. So, because the government agrees that this habeas petition should be granted and Gutierrez should be released,

---

[1] The court docket mistakenly refers to the petitioner as "Torriente Gutierrez."

[2] ECF No. 8.

[3] ECF No. 15.

[4] ECF No. 16.

[5] *Rodriguez-Vazquez v. Bostock*, __ F.4th __, 2026 WL 2196424 (9th Cir. July 30, 2026).

IT IS ORDERED that Arturo Gutierrez Torrientes's amended habeas petition **[ECF No. 8] is GRANTED**. **Petitioner Arturo Gutierrez Torrientes must be released from detention within three days of this order.**

IT IS FURTHER ORDERED that respondents must file and serve on defense counsel:

(1) notice of the date, time, and location of Torrientes's release at least 12 hours before the release is set to occur, and

(2) within five days of this order, notice that Torrientes's release was effectuated.

IT IS FURTHER ORDERED that Arturo Gutierrez Torrientes's motion for a temporary restraining order **[ECF No. 15] is DENIED** as moot.

IT IS FURTHER ORDERED that the **Clerk of Court is directed to correct the docket** to reflect that the petitioner's full name is "Arturo Gutierrez Torrientes."

U.S. District Judge Jennifer A. Dorsey
August 24, 2026